IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:13CR54-1 |
| JODY DELANO HAIRSTON | : |

The Grand Jury charges:

COUNT ONE

On or about August 13, 2011, in the County of Rockingham, in the Middle District of North Carolina, JODY DELANO HAIRSTON willfully, knowingly and intentionally did unlawfully possess with intent to distribute 1.57 grams (net weight) of a mixture and substance containing a detectable amount of cocaine base, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about August 13, 2011, in the County of Rockingham, in the Middle District of North Carolina, JODY DELANO HAIRSTON, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), did knowingly carry and use a firearm, that is, a Taurus .40 caliber handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

On or about August 13, 2011, in the County of Rockingham, in the Middle District of North Carolina, JODY DELANO HAIRSTON, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Taurus .40 caliber handgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR

On or about August 31, 2011, in the County of Rockingham, in the Middle District of North Carolina, JODY DELANO HAIRSTON willfully, knowingly and intentionally did unlawfully distribute .07 gram (net weight) of a mixture and substance containing a detectable amount of heroin, a Schedule I, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FIVE

On or about April 15, 2012, in the County of Rockingham, in the Middle District of North Carolina, JODY DELANO HAIRSTON willfully, knowingly and intentionally did unlawfully possess with intent to distribute 2.95 grams (net weight) of a mixture and substance containing a detectable amount of cocaine base, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT SIX

On or about April 15, 2012, in the County of Rockingham, in the Middle District of North Carolina, JODY DELANO HAIRSTON willfully, knowingly and intentionally did unlawfully possess with intent to distribute 2.17 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT SEVEN

On or about April 15, 2012, in the County of Rockingham, in the Middle District of North Carolina, JODY DELANO HAIRSTON willfully, knowingly and intentionally did unlawfully possess with intent to distribute 2.01 grams (net weight) of marihuana, a Schedule I, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

COUNT EIGHT

On or about April 15, 2012, in the County of Rockingham, in the Middle District of North Carolina, JODY DELANO HAIRSTON, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine base, cocaine hydrochloride and marihuana, in violation of Title 21, United States Code, Section 841(a)(1), did knowingly possess a firearm, that is, a

Smith & Wesson .45 caliber handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT NINE

On or about April 15, 2012, in the County of Rockingham, in the Middle District of North Carolina, JODY DELANO HAIRSTON, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Smith & Wesson .45 caliber handgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
RANDALL S. GALYON
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

4