# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>**JODY DELANO HAIRSTON**<br>*Defendant* | )<br>)<br>) Case No.     1:13CR54-1<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **JODY DELANO HAIRSTON** ,
who is accused of an offense or violation based on the following document filed with the court:

**X** Indictment    ❏ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
❏ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Possess with intent to distribute cocaine base in violation of 21:841(a)(1) and (b)(1)(C); Carry/use firearm during and in relation to a drug-trafficking crime in violation of 18:924(c)(1)(A)(i); Felon in possession of a firearm in violation of 18:922(g)(1) and 924(a)(2); Distribute heroin in violation of 21:841(a)(1) and (b)(1)(C); Possess with intent to distribute cocaine hydrochloride in violation of 21:841(a)(1) and (b)(1)(C); Possess with intent to distribute marihuana in violation of 21:841(a)(1) and (b)(1)(D); Possess firearm in furtherance of drug-trafficking crime in violation of 18:924(c)(1)(A)(i).

                ***The U.S. Attorney requests a detention hearing***

Date:    Feb 26, 2013

                                                                     John S. Brubaker, Clerk
                                                                        *Issuing officer's signature*

City and state:    Greensboro, North Carolina                 /s/ Donna Lloyd, Deputy Clerk
                                                                         *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                         *Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:  Weight:

Sex:  Race:

Hair:  Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: