IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:13CR54-1 |
| JODY DELANO HAIRSTON | : | |

FACTUAL BASIS

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Federal Rules of Criminal Procedure, states the following:

On August 13, 2011, Eden Police officers stopped a 2006 Ford SUV driven by JODY DELANO HAIRSTON ("HAIRSTON"). Police initiated the stop after witnessing Raphael Wilson sitting on the window frame of the passenger door, holding a beer bottle, and yelling. An officer approached the driver's side door and found that HAIRSTON was the driver of the vehicle. HAIRSTON admitted that he owned the Ford Explorer. Officer Watson spotted a firearm in the driver's side door panel. The firearm was a Taurus .40 caliber, model PT24/7 (Serial Number SA06375), and was later discovered to contain a .40 caliber round in the chamber. The magazine was also subsequently found to contain eleven rounds of .40 caliber ammunition. The barrel faced down with the grip in the up position. Wilson and HAIRSTON were immediately placed in handcuffs. On HAIRSTON's person, a baggie of marijuana and

cash ($821 found in HAIRSTON's pocket; $1,000 was found in HAIRSTON's wallet) were also found.

The police subsequently detained Derrick Jerome Hylton ("Hylton"), who was seated in the rear left passenger seat, until the firearm was secured. The detectives further noted an odor of marijuana coming from the vehicle. Hylton informed the police that he was in possession of marijuana. The vehicle was searched and officers located a plastic baggie of marijuana, and a baggie that contained a white rock-like substance, in the center console cup holder. The white rock-like substance tested positive for cocaine base. According to the North Carolina State Bureau of Investigation laboratory report, the substance was 1.57 grams (net weight) of cocaine base.

During the vehicle search, HAIRSTON was informed that he was not under arrest, but was being detained. HAIRSTON told the detective that he would cooperate with the police. HAIRSTON agreed to go with the officers to the Eden Police Department, HAIRSTON was again informed that he was not under arrest and could leave at any point. HAIRSTON was read his rights at 10:07 p.m., and waived his rights by signing a waiver at 10:10 p.m.

HAIRSTON admitted ownership of the Taurus .40 caliber pistol that was found in the driver's side door. HAIRSTON admitted to purchasing the gun off the street for three-hundred dollars ($300) from a white man introduced to him by Amy Coleman (known

2

as Amy Harvey). HAIRSTON further stated that he purchased the gun for protection and his fingerprints were all over the firearm. He also admitted responsibility for the drugs in the console. HAIRSTON requested to be charged so as to not arouse suspicion by other people and further requested that the passenger, Wilson, be interviewed about the incident. HAIRSTON was charged with possession of a firearm by a convicted felon, possession with intent to sell and deliver crack cocaine, and simple possession of marijuana.

On August 18, 2012, Detective Price interviewed Wilson at the Rockingham County Jail. Wilson stated that he owned the firearm recovered in the vehicle. Wilson claimed to have put the firearm in the driver's side pocket while driving HAIRSTON's vehicle. When asked who sold him the gun, Wilson claimed he could not remember. Wilson did not admit responsibility for the cocaine, but did admit knowing of HAIRSTON's prior felonies. Later that evening, Eden Police interviewed HAIRSTON and informed HAIRSTON that Wilson claimed ownership of the Taurus .40 caliber pistol. During this interview, Wilson contacted HAIRSTON from the jail. HAIRSTON gave the police permission to record the phone call. During the call, Wilson informed HAIRSTON that he had claimed ownership of the firearm and could probably get the gun back after court.

On August 23, 2011, Amy Harvey (known to HAIRSTON as Amy Coleman) gave a statement to the Eden Police. Harvey stated that her friend, Brian Hundley, was trying to sell a firearm. Harvey's boyfriend (Shane) suggested to Hundley that HAIRSTON might be interested. Harvey drove Hundley to meet HAIRSTON at a residence located on Bryant Street. At that location, Hundley sold the firearm to HAIRSTON for $300. Harvey described the firearm as a silver gun in a black gun case.

The Taurus, model PT24/7, .40 caliber firearm seized from JODY HAIRSTON was test fired successfully by Special Agent Paul Johnson on July 24, 2012. On August 1, 2012, the firearm was examined by ATF Interstate Nexus Expert, Special Agent Matt Amato. Special Agent Amato concluded that the firearm was manufactured in Brazil and therefore traveled interstate commerce.

On August 31, 2011, Detectives with the Eden Police Department and agents from the Drug Enforcement Administration (DEA) met with a Confidential Informant ("CI"). The CI indicated that s/he could purchase heroin from Jody Breeze, later identified as JODY HAIRSTON. The CI attempted to contact HAIRSTON by phone (using the number 336-344-6666); however, HAIRSTON did not answer. The CI then texted HAIRSTON at that same number asking about HAIRSTON's location to which HAIRSTON responded with a text that stated "Bryant Street." Detectives

4

were familiar with the Bryant Street location, as this was only one block from where HAIRSTON resided. The CI responded that s/he would be there shortly. Lieutenant Jefferies then conducted a pre-buy search of the CI. No contraband was located on the CI during the pre-buy search. The CI was then equipped with concealed audio/video recording equipment.

The detectives and federal agents followed the CI to the meeting with HAIRSTON. The surveillance team did not enter HAIRSTON's neighborhood because only one road led into and out of the area. The police also suspected that HAIRSTON would recognize their type of unmarked vehicles. The CI subsequently made contact with HAIRSTON. The CI pulled up to the house and entered the residence through the back door. HAIRSTON went into his bedroom and returned with a pouch of tin foil. The CI then purchased $40 worth of heroin. As the CI left the area, Lieutenant Jefferies contacted the CI. The CI was followed from HAIRSTON's neighborhood to a pre-determined location where the CI and the CI's vehicle were searched. The CI gave the officers the purchased substance, which was a brown, hard and powdery material inside tin foil. According to the North Carolina State Bureau of Investigation laboratory report, the substance was .07 grams (net weight) of heroin.

On April 15, 2012, the Rockingham County Sheriff's Department conducted a license check on Fisher Hill Road at

5

Bryant Street.  Two troopers and three deputies worked the checking station.  There were also four marked patrol vehicles and one unmarked patrol vehicle with their emergency lights on.  A 2005 Chrysler Pacifica driven by Defendant HAIRSTON approached the check point traveling north on Fisher Street.  A trooper asked for Defendant HAIRSTON's driver's license.  When Defendant HAIRSTON opened the center console between the two front seats and start moving objects from the cup holder to the console, an officer saw Phillies Cigarillos (which he originally believed to be a package of rolling wrappers/papers) between the passenger seat and the center console.  The officer and the trooper also observed a clear plastic baggie balled up and tied off in the center console.

After HAIRSTON was instructed to exit the vehicle, HAIRSTON's vehicle console was searched.  Inside the vehicle console, the officers discovered two baggies containing a white powdery substance.  These baggies later tested positive for cocaine.  There was also a cellophane wrapper of marijuana found, and rolling papers were discovered. According to the North Carolina State Bureau of Investigation laboratory report, one baggie contained 2.95 grams (net weight) of cocaine base, another baggie contained 2.17 grams (net weight) of cocaine hydrochloride, and the cellophane wrapper contained 2.01 grams (net weight) of marijuana.  The officer found a .45 caliber

handgun under the driver's seat.  The grip of the handgun was facing the front of the vehicle; the barrel was pointed to the rear of the vehicle.  The safety on the firearm was off, and there was a round in the chamber of the firearm.  The firearm was a Smith & Wesson, model 457D, .45 caliber (Serial Number VBJ0396), which was successfully test fired on September 26, 2012, by Special Agent Paul Johnson.  The firearm was manufactured in Massachusetts, and thus traveled in interstate commerce.

Following the seizure of the gun, HAIRSTON was subsequently searched and arrested.  Defendant HAIRSTON waived his Miranda rights and admitted to buying crack cocaine earlier that night from an individual in Virginia.  HAIRSTON, however, denied knowledge of the firearm, and claimed the 2005 Chrysler Pacifica belonged to his girlfriend, Jessica Brook Frey.  Defendant HAIRSTON then stated that the gun belonged to Frey.  When ATF agents questioned Frey, she admitted that she switched vehicles with HAIRSTON on April 15, 2012.  However, Frey stated that the gun was not hers.

This the 28th day of March, 2013.

        Respectfully submitted,

        RIPLEY RAND
        UNITED STATES ATTORNEY


        /S/ RANDALL S. GALYON
        Assistant United States Attorney
        NCSB #23119
        United States Attorney's Office
        Middle District of North Carolina
        251 North Main Street
        Winston-Salem, NC  27101
        Phone:  336/631-5268
        E-mail: randall.galyon@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Gregory Davis, Esquire.

/S/ RANDALL S. GALYON
Assistant United States Attorney
NCSB #23119
United States Attorney's Office
Middle District of North Carolina
251 North Main Street
Winston-Salem, NC 27101
Phone: 336/631-5268
E-mail: randall.galyon@usdoj.gov

9